OPINION — AG — **** CITY AUTHORITY — SALES TAX FOR SPECIAL PURPOSE **** PURSUANT TO 68 O.S. 1970 Supp., 2701-2706 [68-2701]-[68-2706], A CITY IS AUTHORIZED TO VOTE, ASSESS, LEVY AND COLLECT A ONE CENT ($0.01) SALES TAX FOR THE SPECIAL PURPOSE OF EARMARKING THE PROCEEDS TO AN ACCREDITED JUNIOR COLLEGE PURSUANT TO 70 O.S. 1970 Supp., 4408 [70-4408] AND MAY DECLARE SAID PURPOSE WITHIN THE BALLOT. CITE: OPINION NO. 69-216, 68 O.S. 1970 Supp., 2701 [68-2701], 11 O.S. 1961 61 [11-61] (LARRY L. FRENCH) ** SEE OPINION NO. 91-566 (1991)